IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| LECIE MACE | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No.: 2:25-CV-00970 CBB |
| | : | |
| LOS BAJITOS MEXICAN REST & GRILL, INC. | : | JURY TRIAL DEMANDED |
| | : | |
|     Defendant. | : | |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURTS:**

    Kindly enter my appearance in the above captioned matter as counsel of record for Defendant, Los Bajitos Mexican Rest & Grill, Inc.

Respectfully Submitted,

**COHEN VAUGHAN**

Dated: November 10, 2025        By: */s/ Pamela G. Cochenour*
    Pamela G. Cochenour, Esquire
    Attorney I.D. No.: 47761
    Joseph E. Vaughan, Esquire
    Attorney I.D. No. 41182
    301 Grant Street, Suite 270
    Pittsburgh, PA 15219
    *Attorneys for Defendant,*
    *Los Bajitos Mexican Rest & Grill, Inc.*

## **CERTIFICATE OF SERVICE**

I, Pamela Cochenour, Esquire, hereby certify that a true and correct copy of the foregoing Notice of Appearance has been filed electronically and is available for review and retrieval on the court's website, as authorized by Pennsylvania Federal Rules by all counsel of recotd.

Respectfully Submitted,

**COHEN VAUGHAN**

Dated: November 10, 2025                    By: */s/ Pamela G. Cochenour*
                                                                                       Pamela G. Cochenour, Esquire
                                                                                       Attorney I.D. No.: 47761
                                                                                       Joseph E. Vaughan, Esquire
                                                                                       Attorney I.D. No. 41182
                                                                                       301 Grant Street, Suite 270
                                                                                       Pittsburgh, PA 15219
                                                                      *Attorneys for Defendant,*
                                                                      *Los Bajitos Mexican Rest & Grill, Inc.*