**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA**

| | | |
|---|---|---|
| LECIE MACE | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No.: 2:25-CV-00970 CBB |
| | : | |
| LOS BAJITOS MEXICAN REST & GRILL, INC. | : | JURY TRIAL DEMANDED |
| | : | |
|     Defendant. | : | |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF COURTS:**

    Kindly enter my appearance in the above captioned matter as counsel of record for Defendant, Los Bajitos Mexican Rest & Grill, Inc.

                                            Respectfully Submitted,

                                            **COHEN VAUGHAN**

Dated: November 10, 2025              By: */s/ Pamela G. Cochenour*
                                                        Pamela G. Cochenour, Esquire
                                                         Attorney I.D. No.: 47761
                                                        Joseph E. Vaughan, Esquire
                                                         Attorney I.D. No. 41182
                                                        301 Grant Street, Suite 270
                                                        Pittsburgh, PA 15219
                                                        *Attorneys for Defendant,*
                                                        *Los Bajitos Mexican Rest & Grill, Inc.*

# CERTIFICATE OF SERVICE

I, Pamela Cochenour, Esquire, hereby certify that a true and correct copy of the foregoing Notice of Appearance has been filed electronically and is available for review and retrieval on the court's website, as authorized by Pennsylvania Federal Rules by all counsel of recotd.

Respectfully Submitted,

**COHEN VAUGHAN**

Dated: November 10, 2025			By: */s/ Pamela G. Cochenour*
				Pamela G. Cochenour, Esquire
				Attorney I.D. No.: 47761
				Joseph E. Vaughan, Esquire
				Attorney I.D. No. 41182
				301 Grant Street, Suite 270
				Pittsburgh, PA 15219
				*Attorneys for Defendant,*
				*Los Bajitos Mexican Rest & Grill, Inc.*